UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Criminal No. 02-593

vs.                                          Order of Reassignment

RAVLIN CORDERO

It is on this   17ᵗʰ     day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE KATHARINE S. HAYDEN.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT